NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMMETT W. MCNEEL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3019

---

Petition for review of the Merit Systems Protection Board in case no. DE0831090175-X-1.

---

## ON MOTION

---

## ORDER

Emmett McNeel moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

EMMETT MCNEEL v. OPM                                                                2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24